UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOPEZ,<br><br>                                    Petitioner,<br><br>v.<br><br>EDWARD BORLA, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-1585-JES-DEB<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE WITHOUT PREJUDICE**<br><br>**[ECF No. 2]** |

Petitioner Manuel Lopez ("Petitioner"), a state prisoner proceeding pro se, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. ECF No. 1. Petitioner has also filed a motion to proceed in forma pauperis. ECF No. 2. Upon review, and for the reasons discussed below, the Court **DENIES** the motion to proceed in forma pauperis and **DISMISSES** the case without prejudice.

## I.    MOTION TO PROCEED IN FORMA PAUPERIS

A motion to proceed in forma pauperis made by a state prisoner must include an affidavit with a statement of all assets showing an inability to pay the $5.00 filing fee, and must also include "a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." R. 3(a)(2), Rules Governing Section 2254 Cases (2019); *see*

1

*also* S.D. Cal. CivLR 3.2. The declaration in support of the request to proceed in forma pauperis "must be executed under penalty of perjury." S.D. Cal. CivLR 3.2.a. The motion must also "contain a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the suit or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." S.D. Cal. CivLR 3.2.b; *see also* 28 U.S.C. § 1915(a)(2).

Here, Petitioner has submitted the requisite documents but has failed to sign the declaration in support of his request to proceed in forma pauperis under penalty of perjury. *See* ECF No. 2 at 3. Additionally, Petitioner has filed a trust account statement which reflects a $590.91 balance in his prison trust account at the California correctional institution in which he is presently confined. *Id.* at 7. The filing fee associated with this type of action is $5.00. *See* 28 U.S.C. § 1914(a). Because Petitioner has failed to sign the required declaration under penalty of perjury, and because in any event it appears he can pay the $5.00 filing fee, Petitioner's motion to proceed in forma pauperis is **DENIED**.

This Court cannot proceed until Petitioner has either paid the $5.00 filing fee or has qualified to proceed in forma pauperis. *See* Rule 3(a), Rules Governing Section 2254 Cases (2019). The instant case is therefore subject to dismissal because Petitioner has failed to satisfy the filing fee requirement.

## II.    CONCLUSION

For the reasons discussed above*,* the Court **DENIES** the motion to proceed in forma pauperis [ECF No. 2] and **DISMISSES** the case without prejudice for failure to satisfy the filing fee requirement. To have this case reopened, Petitioner must submit, **no later than May 17, 2026**, a copy of this Order along with the requisite $5.00 filing fee.

**IT IS SO ORDERED.**

Dated: March 17, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

26-cv-1585-JES-DEB